Beulah Burton, Appellant, v. James Cahill, Appellee.
Gen. No. 41,620.

opinion filed
May 19, 1941. Irving Greenfield, for appellant; George A. Gordon, of
counsel; Louis A. Smith and Harold Tucker, for appellee. Opinion by
JUSTICE McSURELY. "Not to be published in full."

Joseph F. Dixon, Appellee, v. Andrew J. Miller et al.
Appeal of Maurice Newton et al., Appellants.

Gen. No. 41,491.

opinion filed
May 19, 1941; rehearing denied June 4, 1941. Chapman & Cutler, for
appellants; Ralph F. Huck, of counsel; Harry G. Wexler and Irving L.
Block, for appellee. Opinion by JUSTICE MATCHETT. "Not to be
published in full."